**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

No. 00-30479
Summary Calendar

---

BENJAMIN BOYD; ET AL.,

Plaintiffs,

LARRY E. BROOME,

Intervenor-Appellant,

versus

CHARLES C. FOTI, JR., Individually and in
his capacity as Criminal Sheriff of Orleans Parish;
THE ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
(94-CV-204-B)

---

December 27, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

For this action under the Fair Labor Standards Act, Larry E. Broome, formerly counsel for Plaintiffs, appeals his attorney's fees award of $1,500. We review for abuse of discretion. ***Purcell v. Seguin State Bank & Trust Co.***, 999 F.2d 950, 961 (5th Cir. 1993).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Broome originally appealed from an interim fee order which "is *not* a final judgment, and thus may be reviewed only if the collateral order doctrine applies". ***Walker v. U.S. Dep't of Hous. & Urban Dev.***, 99 F.3d 761, 766 (5th Cir. 1996) (emphasis added). However, because final judgment has been entered on Broome's fee award, we have jurisdiction.

After reviewing the record and briefs, we find that the district court did *not* abuse its discretion. ***Purcell***, 999 F.2d at 961-62. Accordingly, we **DENY** as moot Appellee Foti's motion to compel Broome to correct, and to strike portions of, Broome's record excerpts. Broome's request for additional attorney's fees based on Appellee's alleged filing of a frivolous motion, and Appellee's request for sanctions pursuant to FED. R. APP. P. 38, are also **DENIED**. Broome's unopposed motions to supplement the record are **GRANTED**.

*AFFIRMED*